AO 91 (Rev. 11/11) Criminal Complaint

CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

# UNITED STATES DISTRICT COURT
### for the
Western District of Virginia

7/13/20
JULIA C. DUDLEY, CLERK
BY: s/ ELLA SURBER
DEPUTY CLERK

| | |
|---|---|
| United States of America<br>v. | )<br>)<br>) Case No. 1:20MJ96<br>)<br>)<br>) |
| WILLIAM EVERETT HIMES | )<br>) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 5, 2020_____ in the county of _____Washington_____ in the

___Western___ District of ___Virginia___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 841(a)(1) | Possession With Intent to Distribute Methamphetamine |
| 18 USC § 924(c) | Possession of a Firearm in Furtherance of a Drug Trafficking Activity |

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Brian Snedeker, Special Agent
*Printed name and title*

telephonically.

Sworn to before me ~~and signed in my presence~~.

Date: __7/13/20__

_____
*Judge's signature*

City and state: _____Abingdon, Virginia_____

Pamela Meade Sargent, USMJ
*Printed name and title*

ATTACHMENT A

AFFIDAVIT of
Special Agent Brian Snedeker
Drug Enforcement Administration
Bristol, Virginia

1. I, Special Agent Brian Snedeker, being duly sworn hereby depose and say:

2. The purpose of this criminal complaint and affidavit is to secure an arrest warrant for William Everett Himes charging William Everett Himes with Possession With Intent to Distribute Methamphetamine, in violation of 21 USC § 841(a)(1), and Possession of a Firearm in Furtherance of a Drug Trafficking Activity, in violation of 18 USC § 924(c).

3. I am a Special Agent with the Drug Enforcement Administration (DEA) and have been so employed for approximately (29) years. During my employment, I have received comprehensive classroom training from the Drug Enforcement Administration in specialized narcotic investigative matters including but not limited to drug interdiction, drug detection, money laundering techniques and schemes, smuggling, and the investigation of individuals and organizations involving the smuggling, cultivation, manufacturing, and illicit trafficking of controlled substances and controlled substance precursors. I have participated in the investigations and subsequent arrests of hundreds of individuals involved with the trafficking of methamphetamine (a Schedule II Controlled Substance). I have also executed hundreds of search warrants related to the trafficking and manufacturing of methamphetamine.

4. The facts set forth in this affidavit are known to me as a result of my participation in the investigation of William Everett Himes and information provided to me by other law enforcement officers.

5. At approximately 11:20 pm on January 5, 2020, Washington County Virginia Sheriff's Deputy Cody Hash attempted to stop a gray, 2006 Audi sedan for faulty equipment (non-functioning right rear indicator) in the Benhams area of Washington County, Virginia (located within the Western District of Virginia). When Deputy Hash activated his emergency lights, the Audi quickly pulled into the driveway of a nearby residence and a white male (the sole occupant/operator) fled on foot from the vehicle, jumped a fence, and entered the neighboring property of the Revival Center Church. Deputy Hash pursued the male subject and subsequently apprehended him hiding next to one of the church buildings. Deputy Hash identified the subject as William Everett Himes and discovered that he had an outstanding arrest warrant/capias from Washington County, Virginia.

6. Before placing William Everett Himes in the back of Deputy Hash's patrol car, Deputy Hash searched Himes' person and recovered a small quantity of methamphetamine (subsequently analyzed by the DEA Mid-Atlantic Laboratory and

determined to consist of less than (1) gram of 94% - 100% pure methamphetamine) from Himes' right front pants pocket.

7.   Once William Everett Himes was secured inside Deputy Hash's patrol vehicle, Deputy Hash retraced Himes' path of flight and found laying on the ground in the courtyard of the church (2) bags of methamphetamine that were subsequently analyzed by the DEA Mid-Atlantic Laboratory and determined to consist of (104.17) grams of 94% - 100% pure methamphetamine. Deputy Hash noted that there was no frost on the bags of methamphetamine, yet frost was on the leaves/mulch all around the bags indicating that the bags of methamphetamine had very recently ended up in their position on the ground. After having been Mirandized by Deputy Hash at the scene and acknowledging understanding his rights and waiving them, William Everett Himes (who initiated the conversation) admitted that the bags of methamphetamine recovered from the church courtyard were his and claimed that he had purchased the methamphetamine from an individual who lived in the area.

8.   A subsequent search (by Deputy Hash and Sergeant Josh Asbury) of the gray Audi William Everett Himes had been operating resulted in the discovery and seizure of a loaded semi-automatic Norinco Model 1911 A1 .45 ACP handgun that was laying on the front passenger seat. The handgun had one cartridge loaded inside the chamber and (6) additional cartridges inside the magazine. This affiant is aware through his training, experience, and conversations with other law enforcement officers that firearms are commonly used by narcotics traffickers to protect controlled substances and related drug proceeds. An examination of the firearm by a special agent of the BATFE revealed that the firearm was not manufactured in Virginia and, therefore, had traveled in and affected interstate or foreign commerce prior to its recovery in the Western District of Virginia during the night of January 5-6, 2020.

9.   A review of William Everett Himes' criminal history revealed that Himes is in fact a convicted felon with multiple felony convictions including felony convictions during 2012 for Manufacturing Methamphetamine and Conspiracy to Manufacture Methamphetamine,

10. Based upon the facts set forth above, I believe there is probable cause for the issuance of an arrest warrant charging William Everett Himes with Possession With Intent to Distribute Methamphetamine, in violation of 21 USC § 841(a)(1), and Possession of a Firearm in Furtherance of a Drug Trafficking Activity, in violation of 18 USC § 924(c).

_(signature)_

Brian Snedeker, Special Agent (DEA)

7-13-2020
Date

Subscribed and sworn to before me, this the ~~telephonically~~ 13th day of July, 2020.
in Abingdon, Virginia.

_(signature)_

Pamela Meade Sargent
United States Magistrate Judge
Western District of Virginia

Reviewed by:

M. Suzanne Kerney-Quillen
Special Assistant United States Attorney

07/13/2020
Date

Page 3 of 3