# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

| | | |
|---|---|---|
| United States of America<br>v. | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:20MJ96 |
| WILLIAM EVERETT HIMES | | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   WILLIAM EVERETT HIMES                                                             ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Possession With Intent to Distribute Methamphetamine - in violation of 21 USC § 841(a)(1)

Possession of a Firearm in Furtherance of a Drug Trafficking Offense - in violation of 18 USC § 924(c)

Date: 7/13/20

*Issuing officer's signature*

City and state:   Abingdon, Virginia

Pamela MeadeSargent, USMJ
*Printed name and title*

---

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*