UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **Case No.:   1:20-CR-28** |
| v. | ) | **JUDGE JONES** |
| | ) | |
| **WILLIAM EVERETT HIMES** | ) | |

### INFORMATION FILED BY UNITED STATES ATTORNEY
### TO ESTABLISH PRIOR CONVICTION PURSUANT TO 21 U.S.C. § 851

Comes now the United States of America, by and through the United States Attorney for the Western District of Virginia, pursuant to Title 21, United States Code, Section 851(a)(1), to file an information and give notice of the United States' intention to seek increased punishment pursuant to Title 21, United States Code, Section 841(b)(1)(A), by reason of one or more prior serious drug felony convictions of the defendant..

| Case No. | Jurisdiction | Offense |
|---|---|---|
| CR12000342-01 | Circuit Court for the City of Bristol, Virginia | Manufacturing Methamphetamine |

Respectfully submitted,

DANIEL P. BUBAR
Acting United States Attorney

By:   s/ *M. Suzanne Kerney-Quillen*
M. Suzanne Kerney-Quillen
Special Assistant United States Attorney
Virginia Bar No. 66633
United States Attorney's Office
180 West Main Street, Suite B19
Abingdon, Virginia 24210
276-628-4161
276-628-7399
USAVAW.ECFAbingdon@usdoj.gov

## **CERTIFICATE OF SERVICE**

     I hereby certify that on March 24, 2021, a copy of the foregoing was filed in the Court's electronic filing system.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other interested parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's electronic filing system.

                       By:    s/ *M. Suzanne Kerney-Quillen*
                                     M. Suzanne Kerney-Quillen
                                     Special Assistant United States Attorney